UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D

JUN 2 5 2008

LEONARD GREEN, Clerk

FREDDIE MCCOY,

    Plaintiff,

CASE NO. 06-10837
HONORABLE DENISE PAGE HOOD

v.

08-1641

STATE OF MICHIGAN, MICHIGAN
DEPARTMENT OF CORRECTIONS,
JEANE HIGGINS, KENNETH ROMANOWSKI,
GERALD CONWAY, EDDIE CARGOR,
KATHY WARNER, JOHN JUNGLING,
in their individual and official capacities,

    Defendants.

_____/

## ORDER DENYING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES ON APPEAL [DOCKET No. 41] AND FINDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DOCKET No. 32] AND PLAINTIFF'S MOTION TO STRIKE [DOCKET No. 35] MOOT

Plaintiff Freddie McCoy seeks permission to proceed without prepayment of fees on appeal. [**Docket No. 41**] Pursuant to Fed.R.App.P 24(a)(1), a party seeking to appeal *in forma pauperis* must file a motion in the district court and must file an affidavit that:

    (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
    (B) claims an entitlement to redress; and
    (C) states the issues that the party intends to present on appeal.

Fed.R.App.P.24(1)(1); *Callihan v. Schneider,* 178 F.3d 800, 803 (6th Cir. 1999).

Plaintiff filed the appropriate affidavit regarding his financial condition. However, Plaintiff failed to file a claim that he is entitled to redress and a statement regarding the issues

1

Plaintiff intends to present on appeal. After the "required information" has been filed under Fed.R.App.P. 24(a)(1), the district court must ascertain both the individual's pauper status and the merits of the appeal. *Callihan*, 178 F.3d at 803.

Based on the affidavit filed by Plaintiff, it is clear he is unable to pay the appellate fees and costs. Because Plaintiff failed to provide the claim and statement set forth in Rule 24(a)(1)(B) and (C), the Court cannot ascertain the merits of the appeal since Plaintiff has failed to set forth the issues he intends to present on appeal.

This Court notes that Judgment in favor of Defendants against Plaintiff was entered on April 10, 2008, despite reflecting a docketing date of March 31, 2008. As such, Plaintiff's Notice of Appeal [**Docket No. 39**] filed on May 9, 2008 is considered timely. Defendant's Motion for Summary Judgment [**Docket No. 32**] and Plaintiff's Motion to Strike Motion for Summary Judgment [**Docket No. 35**] are deemed MOOT, as the Judgment in favor of defendants has been entered and the case dismissed. [**Docket No. 37**]

Accordingly,

IT IS ORDERED that Plaintiff's Application to Proceed Without Prepayment of Fees On Appeal [**Docket No. 41, filed May 9, 2008**] is DENIED. Plaintiff may file a motion to proceed *in forma pauperis* in the Sixth Circuit Court of Appeals pursuant to Rule 24(a)(5) of the Federal Rules of Appellate Procedure within 30 days of this order.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment [**Docket No. 32**] is MOOT.

IT IS FURTHER ORDERED that Plaintiff's Motion to Strike Motion for Summary Judgment [**Docket No. 35**] is MOOT.

2

        S/Denise Page Hood
        Denise Page Hood
        United States District Judge

Dated: June 4, 2008

    I hereby certify that a copy of the foregoing document was served upon counsel of record on June 4, 2008, by electronic and/or ordinary mail.

        S/William F. Lewis
        Case Manager