**RECEIVED**

JUN 2 5 2008

**Leonard Green Clerk**

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**FILED**

JUN 2 5 2008

LEONARD GREEN, Clerk

**FREDDIE MCCOY,**

CASE NO: 08-1641

*Appellant*

06-10837

08-1641

**V.**

**STATE OF MICHIGAN ,et al**

*Appellee*

/

| | |
|---|---|
| FREDDIE MCCOY | CYNTHIA A. ARCARO (P45013) |
| *Pro Se* | Attorney for Defendants |
| 6518 Daryll Dr | Michigan Dept. of Attorney General |
| Flint, Mi 48505 | P.O Box 30736 |
| (810) 785-1738 | Lansing, Mi 48909 |
| | (517) 373-6434 |

/

## MOTION TO PROCEED IN FORMA PAUPERIS

**NOW COMES** Appellant FREDDIE MCCOY, by and through himself, request

permission to proceed without prepayment of fees on appeal because his pauper status

and pursuant to Rule 24(a)(5) of the Federal Rules of Appellate Procedure.

The Eastern District Court of Michigan denied Appellant's Application to Proceed

In Forma Pauperis on June 4, 2008 (Exhibit A). District Court states that Appellant

filled the appropriate affidavit regarding his financial condition(Ex.B) but failed to file a

claim that he is entitled to redress and a statement regarding the issues Appellant intends

to present on appeal. Appellant is now filling Form 4, Affidavit Accompanying this

motion with the issues on appeal. Appellant entitled to redress because the District Court

erred when they granted Appellee's Motion for Reconsideration to dismiss Appellant's

case based on Appellee's Motion for Summary Judgement and Appellant is also entitled

to redress on the claims of 1st Amendment, Freedom of Speech, 5th Amendment,

*No Person Shall be.... deprived of life, liberty or property, without due process of law,* and

14th Amendment, *No State shall deprive any person of life, liberty or property, without*

*due process of law.*

**Wherefore** Appellant prays that this Honorable Court grants his motion to proceed

without prepayment of fees on Appeal.


Respectfully Submitted by,

FREDDIE MCCOY
*Pro Se*
6518 Daryll Dr.
Flint, Mi 48505
(810) 785-1738


Dated: June 23, 2008

FORM 4.             AFFIDAVIT ACCOMPANYING MOTION FOR
                    PERMISSION TO APPEAL IN FORMA PAUPERIS

                         United States Court of Appeals
                             for the Sixth Circuit

FREDDIE MCCOY                                    ]
                                                 ]
v.                                               ]        Case No.  08-1641
                                                 ]
STATE OF MICHIGAN,et al                          ]
                                                 ]

Affidavit in Support of Motion                   Instructions

I swear or affirm under penalty of perjury that, Complete all questions in this application and
because of my poverty, I cannot prepay the       then sign it. Do not leave any blanks: if the
docket fees of my appeal or post a bond for      answer to a question is "0," "none," or "not
them. I believe I am entitled to redress. I swear applicable (N/A)," write that response. If you
or affirm under penalty of perjury under         need more space to answer a question or to
United States laws that my answers on this       explain your answer, attach a separate sheet of
form are true and correct. (28 U.S.C. §§ 1746;   paper identified with your name, your case's
18 U.S.C. §§ 1621.)                              docket number, and the question number.

                                                                    23 ℓ℮ℳ
Signed: _____                 Date: _____June 20, 2008_____

My issues on appeal are:

Res Judicata does not apply, the issue of 2004 termination in the State Court was not
properly litigated with reasonable due diligence , ongoing labor dispute of 2004
termination, defendants's failure exhaust all administrative remedies in the State
action,Defendants interference of  a ongoing labor dispute, perjury was allowed in the
Federal District Court, Defendants mislead the Federal courts,Violation of Local court
rule on Motion for Reconsideration,  the complete failure of Federal judge to review the
state trial transcript, Michigan Court Rules and Defendants's Affidavits along with the
deposition hearing and Procedural due process unfairness committed by the Federal
Court Judge.

1.    For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months.   Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment | $0.00 | | $0.00 | |
| Self-employment | $0.00 | | $0.00 | |
| Income from real property (such as rental income) | $0.00 | | $0.00 | |
| Interest and dividends | $0.00 | | $0.00 | |
| Gifts | $0.00 | | $0.00 | |
| Alimony | $0.00 | | $0.00 | |
| Child support | $0.00 | | $0.00 | |
| Retirement (such as social security, pensions, annuities, insurance) | $0.00 | | $0.00 | |
| Disability (such as social security, insurance payments) | $0.00 | | $0.00 | |
| Unemployment payments | $0.00 | | $0.00 | |
| Public-assistance (such as welfare) | $0.00 | | $0.00 | |
| Other (specify): | $0.00 | | $0.00 | |
| Total monthly income: | $0.00 | $0.00 | $0.00 | $0.00 |

2.    List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
| --- | --- | --- | --- |
| State of Michigan | P.O Box 30026,Lansing,Mi 48909 | 10/04 to 09/07 | $1,400.00 |
| State of Michigan | 3201 Bemis Rd, Ypsilanti, Mi 48197 | 04/89 to 09/04 | $3,600.00 |
| | | | |

3.    List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

4.    How much cash do you and your spouse have?  $ 0.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5.    List the assets, and their values, which you own or your spouse owns.  Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make & year: N/A |
| | | Model: |
| | | Registration #: |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: N/A | N/A | N/A |
| Model: | | |
| Registration #: | | |

6.  State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | | |
| | | |
| | | |

7.  State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

8.  Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse.  Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | $0.00 | |
| Are real estate taxes included? ☐Yes ☑No<br>Is property insurance included? ☐Yes ☑No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $0.00 | |
| Home maintenance (repairs and upkeep) | $0.00 | |
| Food | $0.00 | |
| Clothing | $0.00 | |
| Laundry and dry-cleaning | $0.00 | |
| Medical and dental expenses | $0.00 | |
| Transportation (not including motor vehicle expenses) | $0.00 | |
| Recreation, entertainment, newspapers, magazines, etc. | $0.00 | |
| Insurance (not deduced from wages or included in mortgage payments)<br>    Homeowner's or renter's | $0.00 | |
| Life | $0.00 | |
| Health | $0.00 | |
| Motor vehicle | $0.00 | |
| Other: | $0.00 | |
| Taxes (not deducted from wages or included in mortgage payments)<br>    specify: | $0.00 | |
| Installment payments | $0.00 | |
| Motor Vehicle | $0.00 | |
| Credit card (name): | $0.00 | |
| Department store (name): | $0.00 | |
| Other: | $0.00 | |
| Alimony, maintenance, and support paid to others | $0.00 | |
| Regular expenses for operation of business, profession, or farm (attach detail) | $0.00 | |
| Other (specify): | $0.00 | |
| Total monthly expenses: | $0.00 | $0.00 |

9.   Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes    [✓] No    If yes, describe on an attached sheet.

10.  Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes    [✓] No    If yes, how much? $ [            ]

If yes, state the attorney's name, address, and telephone number:

[                                                                          ]

11.  Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes    [✓] No    If yes, how much? $ [            ]

If yes, state the person's name, address, and telephone number:

[                                                                          ]

12.  Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

Unemployed, live with parents. My parents provide me with no financial support.

13.  State the address of your legal residence.

6518 Daryll Dr, Flint, Michigan 48505

Your daytime phone number:  (810▪)  [    810-785-1738    ]

Your age: [43]  Your years of schooling: [17]

Your social-security number: [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]

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDDIE MCCOY,

        Plaintiff,

                                      CASE NO. 06-10837
                                      HONORABLE DENISE PAGE HOOD

v.

STATE OF MICHIGAN, MICHIGAN
DEPARTMENT OF CORRECTIONS,
JEANE HIGGINS, KENNETH ROMANOWSKI,
GERALD CONWAY, EDDIE CARGOR,
KATHY WARNER, JOHN JUNGLING,
in their individual and official capacities,

        Defendants.

_____/

**ORDER DENYING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF
FEES ON APPEAL [DOCKET No. 41] AND FINDING DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT [DOCKET No. 32] AND PLAINTIFF'S MOTION TO STRIKE
[DOCKET No. 35] MOOT**

        Plaintiff Freddie McCoy seeks permission to proceed without prepayment of fees on

appeal. **[Docket No. 41]** Pursuant to Fed.R.App.P 24(a)(1), a party seeking to appeal *in forma*

*pauperis* must file a motion in the district court and must file an affidavit that:

        (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's
        inability to pay or to give security for fees and costs;
        (B) claims an entitlement to redress; and
        (C) states the issues that the party intends to present on appeal.

Fed.R.App.P.24(1)(1); *Callihan v. Schneider,* 178 F.3d 800, 803 (6th Cir. 1999).

        Plaintiff filed the appropriate affidavit regarding his financial condition. However,

Plaintiff failed to file a claim that he is entitled to redress and a statement regarding the issues

Case: 06-1641 Document: 8 Filed: 06/25/2008 Page: 11

Plaintiff intends to present on appeal. After the "required information" has been filed under

Fed.R.App.P. 24(a)(1), the district court must ascertain both the individual's pauper status and

the merits of the appeal. *Callihan*, 178 F.3d at 803.

Based on the affidavit filed by Plaintiff, it is clear he is unable to pay the appellate fees

and costs. Because Plaintiff failed to provide the claim and statement set forth in Rule

24(a)(1)(B) and (C), the Court cannot ascertain the merits of the appeal since Plaintiff has failed

to set forth the issues he intends to present on appeal.

This Court notes that Judgment in favor of Defendants against Plaintiff was entered on

April 10, 2008, despite reflecting a docketing date of March 31, 2008. As such, Plaintiff's

Notice of Appeal [**Docket No. 39**] filed on May 9, 2008 is considered timely. Defendant's

Motion for Summary Judgment [**Docket No. 32**] and Plaintiff's Motion to Strike Motion for

Summary Judgment [**Docket No. 35**] are deemed MOOT, as the Judgment in favor of defendants

has been entered and the case dismissed. [**Docket No. 37**]

Accordingly,

IT IS ORDERED that Plaintiff's Application to Proceed Without Prepayment of Fees On

Appeal [**Docket No. 41, filed May 9, 2008**] is DENIED. Plaintiff may file a motion to proceed

*in forma pauperis* in the Sixth Circuit Court of Appeals pursuant to Rule 24(a)(5) of the Federal

Rules of Appellate Procedure within 30 days of this order.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment [**Docket

No. 32**] is MOOT.

IT IS FURTHER ORDERED that Plaintiff's Motion to Strike Motion for Summary

Judgment [**Docket No. 35**] is MOOT.

S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated:  June 4, 2008

     I hereby certify that a copy of the foregoing document was served upon counsel of record on June 4, 2008, by electronic and/or ordinary mail.

S/William F. Lewis
Case Manager

3

# EXHIBIT B

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**FREDDIE McCOY**

U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

2008 MAY -9 P 1: 01

Plaintiff(s),

Case No. 06-10837-CV

v.

Judge Denise Page Hood

**FILED**

STATE OF MICHIGAN, MICHIGAN
DEPARTMENT OF CORRECTIONS, et al

Defendant(s).

_____/

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

For use by incarcerated applicants filing habeas petitions or appeals from the denial or dismissal of habeas petitions or motions under 28 U.S.C. § 2255 and nonprisoners filing civil cases or appeals.

**THIS APPLICATION IS FOR (check one):**

| Habeas Action | | Motion Under 28 U.S.C. § 2255 | | Nonprisoner Action | |
|---|---|---|---|---|---|
| New Case | ☐ | Appeal ☐ | | New Case | ☐ |
| Appeal | ☐ | | | Appeal | ☑ |

I, **FREDDIE McCOY** _____ declare that I am the

petitioner ☐
plaintiff ☐
appellant ☑

in the above-entitled proceeding. In support of my request to proceed *in forma pauperis* under 28 U.S.C. § 1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought.

In support of this application, I have provided answers to the following questions.

1.    Are you employed?                                                     Yes ☐    No ☑

If your answer is yes, state the amount of your monthly pay and provide the name and address of your employer.

Salary: _____

Name of Employer: _____

Employer's Address: _____
_____

2.   In the last 12 months, have you received money from any of the following sources?

    a.   Business, profession or other self-employment .    Yes ☐    No ☑

    b.   Rent payments, interest or dividends    Yes ☐    No ☑

    c.   Pensions, annuities or life insurance payments    Yes ☐    No ☑

    d.   Gifts or inheritances    Yes ☐    No ☑

    e.   Other sources    Yes ☐    No ☑

If you answered yes to any of these questions, state the source of the money and the amount that you received.

Source: _____

Amount: _____

3.   Do you have any money in a:

    a.   Prison or jail account    Yes ☐    No ☑

    b.   Checking account    Yes ☐    No ☑

    c.   Savings account    Yes ☐    No ☑

If you answered yes, state the total amount.    Amount: _____

4.   Do you own or have any interest in real estate, stocks, bonds, notes, vehicles, or other valuable property or assets (excluding ordinary household furnishings and clothing)?

Yes ☐    No ☑

If you answered yes, describe the property and state its approximate value.

Property description: _____ Value: _____

Property description: _____ Value: _____

5.   List the people who are dependent on you for support, state your relationship to each person and how much you contribute to their support.

Relationship: _____ Amount: _____

Relationship: _____ Amount: _____

Relationship: _____ Amount: _____

Relationship: _____ Amount: _____

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 9, 2008

_Jahh McCoy_
Signature of Applicant and Prisoner No.

_6519 Darryl DR_
Address (including name of Institution)

_Flint, Michigan 48505_
City, State, Zip Code

_810-789-1289_
Telephone Number

## PROOF OF SERVICE

I Freddie McCoy certify that copies of this motion were served upon the Court and
Michigan Department of Attorney General office by regular mail service on June 23, 2008.


FREDDIE MCCOY