# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Leonard Green
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 18, 2008

Freddie McCoy
6518 Daryll Drive
Flint, MI 48505

Re:  Case No. 08-1641, *Freddie McCoy v. MI, et al*
Originating Case No. : 06-10837

Dear Mr. McCoy,

This court, in its order of 11/18/08 denied you leave to proceed on appeal in forma pauperis under 28 U.S.C. Section 1915(a). This revoked your pauper status and placed upon you the responsibility of paying the filing fee.

Therefore, the fees of $455.00 must be paid directly to the district court by **December 18, 2008**. Failure to comply will result in the dismissal of the appeal without further notice.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016
Fax No. 513-564-7096

cc:  Ms. Cynthia A Arcaro