# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

RECEIVED
DEC 1 0 2008
LEONARD GREEN, Clerk

FREDDIE MCCOY

Plaintiff-Appellant

v.

STATE OF MICHIGAN, et al,

Defendants-Appellees

CASE NO. 08-1641

FILED
DEC 1 0 2008
LEONARD GREEN, Clerk

## REQUEST FOR EXTENTESION

I FREDDIE MCCOY, pro se, request this honorable Court for a thirty (30) extension to pay the Appellate filing fee to the district court due to financial and medical problems.

Respectfully Submitted by,

FREDDIE MCCOY
PRO SE
6518 Daryll Dr.
Flint, Mi 48505
810-785-1738

Dated: December 8, 2008

# PROOF OF SERVICE

I Freddie McCoy certifies that on the 8th day of December of 2008, that I mailed copy of Appellant's request to the 6TH Circuit Appeals Court and Defendant's Attorney- Cynthia A. Arcaro via first class mail at United Post office in Ypsilanti, Michigan.

Respectfully Submitted by,

*[signature]*

Freddie McCoy
PRO SE
6518 Daryll Dr.
Flint, Mi 48505
810-785-1738

Dated: December 8, 2008